# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WEEKLEY, <br><br> Plaintiff, <br><br> v. <br><br> SECURED VENTURES LIMITED PARTNERSHIP, a Nevada Limited Partnership; ERNESTO DIAZ; and Does 1-10, <br><br> Defendants. | Case: 5:15-CV-01658-AB-KK <br><br> **ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: November 24, 2015          _/s/ André Birotte Jr._

HONORABLE ANDRÉ BIROTTE JR.
U.S. DISTRICT COURT JUDGE

1